NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308,
U.C.C.1-103.6, U.C.C.3-415, Natural Person IN FULL LIFE, SUI JURIS
IN PROPRIA PERSONA
4244 HILDRETH ST. SE.
WASHINGTON, DC, [20019-9998]
1-202-706-8063

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 NOV 21  P 3: 31

CLERK'S OFFICE
AT GREENBELT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308,
U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA

Plaintiff, Claimant

VS.

**CIVIL ACTION No.**

**JFM 12 CV 3444**

CEO - SCOTT MATTE
D/B/A - RJM ACQUISITIONS, LLC
575 Underhill Blvd. Suite 224
Syosset, NY 11791

**COMPLAINT**

Defendant, Respondent

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) Title15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. The jurisdiction of this Court is conferred by Title15 U.S.C. §1681p.

### FACTUAL ALLEGATION

3. On DECEMBER 9, 2011, and January 9, 2012 Defendant initiated a soft pull of Plaintiff's credit report from TRANSUNION without permissible purpose.

## COUNT I

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title15 U.S.C.§1681**

**WILLFUL NON-COMPLIANCE BY DEFENDANT RJM ACQUISITIONS, LLC (DEBT COLLECTOR)**

3. Plaintiff is a consumer within the meaning of the FCRA, Title15 U.S.C.§1681a(c).

4. RJM ACQUISITIONS, LLC (DEBT COLLECTOR), is a furnisher of information within the meaning of the FCRA, Title15 U.S.C. §1681s-2.

5. RJM ACQUISITIONS, LLC (DEBT COLLECTOR), willfully violated the FCRA.

Defendant's Violations include, but are not limited to, the following:

(a) RJM ACQUISITIONS, LLC (DEBT COLLECTOR), willfully violated Title15 U.S.C.§1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $1,000 a Month from the date of credit pull against consumer credit report. RJM ACQUISITIONS, LLC (DEBT COLLECTOR), are liable for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title15 U.S.C. §1681n.

## COUNT II

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title15 U.S.C. §1681**

**NEGLIGENT NON-COMPLIANCE BY DEFENDANT RJM ACQUISITIONS, LLC (DEBT COLLECTOR),**

6. Plaintiff is a consumer within the meaning of the FCRA, Title15 U.S.C. §1681a(c).

7. RJM ACQUISITIONS, LLC (DEBT COLLECTOR), is a furnisher of information within the meaning of the FCRA, Title15 U.S.C.§1681s-2.

8. RJM ACQUISITIONS, LLC (DEBT COLLECTOR), negligently violated the FCRA.

Defendant's violations include, but are not limited to, the following:

(a) RJM ACQUISITIONS, LLC (DEBT COLLECTOR) negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $1,000 Month from the date of credit pull against consumer credit report, RJM ACQUISITIONS, LLC (DEBT COLLECTOR) are liable for actual damages, and attorney's fees and costs, pursuant to Title15 U.S.C. § 1681o.

### RELIEF

**WHEREFORE,** Plaintiff demands judgment for damages against, RJM ACQUISITIONS, LLC (DEBT COLLECTOR) in the amount $14,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C.§1681n (a) (3) and Title15 U.S.C. §1681o (a)

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

Respectfully submitted this 21th day of November, 2012

x _____

NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308, U.C.C.1-103.6, U.C.C.3-415, Natural Person IN FULL LIFE, SUI JURIS,

IN PROPRIA PERSONA

4244 HILDRETH ST. SE.

WASHINGTON, DC, [20019-9998]

1-202-706-8063