D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NAEEM BETZ, ALL RIGHTS RESERVED,
U.C.C. 1-207.7, U.C.C. 1-207.4, U.C.C. 1-308,
U.C.C. 1-103.6, U.C.C. 3-415, Natural Person
IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA,

       Plaintiff,

  -against-

RJM ACQUISITIONS LLC, SCOTT MATTE, CEO,

       Defendant.
----------------------------------------------------------------X
FEUERSTEIN, J.

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ JAN 08 2013 ★
LONG ISLAND OFFICE

**ORDER**
12-CV-5946(SJF)(ETB)

On December 28, 2012, the complaint of *pro se* plaintiff Naeem Betz ("plaintiff") against RJM Acquisitions LLC and Scott Matte pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, was transferred to this Court from the United States District Court for the Northern District of Georgia, Atlanta Division. Plaintiff initially filed the complaint in the United States District Court of Maryland and, by order dated November 26, 2012, the case was erroneously transferred to Georgia. By order dated December 28, 2012, the case was properly transferred to this Court pursuant to 28 U.S.C. §§ 1331, 1391(b). Accompanying the complaint is an application to proceed *in forma pauperis*.

Upon review of plaintiff's declaration in support of the application to proceed *in forma pauperis*, plaintiff's financial status qualifies plaintiff to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is GRANTED.

The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon the defendants without prepayment of fees, and to mail a copy of this Order to the *pro se* plaintiff.

**SO ORDERED.**

s/ Sandra J. Feuerstein
Sandra J. Feuerstein
United States District Judge

Dated: January 8, 2013
Central Islip, New York